United States District Court
Eastern District of Michigan

ROBERT WALKER,  Case Number: 06-13050

                Petitioner,  District Judge Avern Cohn

v.

CARMEN D. PALMER,

                Respondent.    /

## ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Having considered the application to proceed *in forma pauperis*;

**IT IS ORDERED** that the application is:

[X] **GRANTED**.

[ ] **IT IS FURTHER ORDERED** that Plaintiff shall arrange for service of the complaint.

[ ] **IT IS FURTHER ORDERED** that the clerk is directed to process the complaint for service. The clerk shall issue the summons and the Clerk's Office shall serve a copy of the complaint, summons and this order upon the defendant(s).

[ ] **DENIED**, for the following reasons:

_____

_____

Plaintiff is directed to pay the filing fee by **[Insert Date Certain]**. Failure to pay the filing fee by this deadline may result in dismissal of the complaint.

Date: March 5, 2008                               s/Avern Cohn
                                                            UNITED STATES DISTRICT JUDGE

**CERTIFICATION**
I hereby certify that this Order was served on plaintiff and/or counsel of record by U.S. mail or electronic means.

Date: March 5, 2008                               Julie Owens
                                                            Deputy Clerk